**SANDISK CORPORATION, Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION,**
**Appellee,**

and

**Stmicroelectronics N.V. and Stmicroelectronics, Inc., Intervenors.**

**No. 06–1187.**

United States Court of Appeals, Federal Circuit.

March 6, 2007.

Before MAYER, GAJARSA, and PROST, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.